[No. 12725-0-I.  Division One.  July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIA
A. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-8-03711-9, Charles V. Johnson, J., entered December 17, 1982. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Callow, JJ.

[No. 13926-6-I.  Division One.  July 19, 1984.]

ARCHIE D. WENDEL, *Appellant*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-02368-0, Frank J. Eberharter, J., entered October 24, 1983. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 12366-1-I.  Division One.  July 19, 1984.]

*In the Matter of the Marriage of* TARA D. BOOTH,
*Appellant, and* MICHAEL W. BOOTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 80-3-11646-4, Jack P. Scholfield, J., entered June 28, 1982. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Callow, JJ.

[No. 13450-7-I.  Division One.  July 19, 1984.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSEPH
W. BRADLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00214-6, Robert C. Bibb, J., entered July 1, 1983. *Reversed* and *remanded* by unpublished opinion per Corbett, A.C.J., concurred in by Williams and Ringold, JJ. Now published at 38 Wn. App. 597.